AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2022

SEAN F. McAVOY, CLERK

MICHAEL S.,

)
)
*Plaintiff* )
v. )        Civil Action No.   1:20-CV-03142-JAG
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF SOCIAL SECURITY, )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 21, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____JAMES A. GOEKE_____ on a motion for
summary judgment.

Date:  3/30/2022_____          *CLERK OF COURT*

SEAN F. McAVOY_____

s/ Tonia Ramirez_____
*(By) Deputy Clerk*

Tonia Ramirez_____